# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## SUMMONS IN A CIVIL CASE

CASE NO.:

**YURI SHVARTSMAN,**

    Plaintiff,

v.

**PRESTIGE IMPORTS, INC.**, a Florida corporation,

    Defendant.

**14-CV-23140-Scola/Otazo-Reyes**

TO:    PRESTIGE IMPORTS, INC.
ZARCO, EINHORN, SALKOWSKI & BRITO, PA, REGISTERED AGENT
MIAMI TOWER, 100 SE 2ND STREET, #2700
MIAMI, FLORIDA 33131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Militzok Law, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 4
Hollywood, Florida 33021

An answer to the Complaint which is herewith served upon you, within **twenty-one (21)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

DATE:  **August 27, 2014**



SUMMONS

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts