United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Yuri Shvartsman, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 14-23140-Civ-Scola |
| | ) |
| Prestige Imports, Inc., Defendant | ) |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Joint Mot. for Settlement, ECF No. 47.) Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' Joint Motion, (ECF No. 47), **approves** the parties' settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement.

**Done and ordered** in chambers, at Miami, Florida, on July 8, 2015.

_____
Robert N. Scola, Jr.
United States District Judge